# First District Court of Appeal
## State of Florida

—————————————————

No. 1D17-1502

—————————————————

NEDDRA PRICE-CROWELL,

Appellant,

v.

DEIDRA R. AARON and SHEREE
LUGRAND,

Appellees.

—————————————————

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

January 5, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, AND WINOKUR, JJ., CONCUR.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Neddra Price-Crowell, pro se, Appellant.

No appearance for Appellees.